GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LETITIA HALL,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC.; and ALLIED COLLECTION SERVICES, INC.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00031-JAD-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 6, 2024 through and including **March 7, 2024**.  The request was made by Equifax so that it can have an opportunity

//

//

1  to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff

2  approves.  This stipulation is filed in good faith and not intended to cause delay.

3

4       Respectfully submitted, this 5th day of February, 2024.

5

6  CLARK HILL PLLC                                      <u>*No opposition*</u>

7  By:  /s/ Gia N. Marina                                /s/ Gerardo Avalos
   Gia N. Marina                                        George Haines, Esq.
8  Nevada Bar No. 15276                                 Nevada Bar No. 9411
   1700 South Pavilion Center Drive, Suite 500          Gerardo Avalos, Esq.
9  Las Vegas, Nevada  89135                             Nevada Bar No. 15171
   Telephone:  (702) 862-8300                           FREEDOM LAW GROUP
10 Facsimile:  (702) 778-9709                           8985 S. Eastern Ave., Suite 350
11 Email: gmarina@clarkhill.com                         Henderson, NV 89123
   *Attorney for Defendant Equifax Information*         Phone: (702) 880-5554
12 *Services LLC*                                       Fax: (702) 385-5518
                                                        Email: ghaines@freedomlegalteam.com
13                                                      Email: gavalos@freedomlegalteam.com
14                                                      *Attorneys for Plaintiff*

15

16

17 IT IS SO ORDERED:

18 _____

19 United States Magistrate Judge

20 DATED:  __2/6/2024_____

21

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 5th day of February, 2024, via CM/ECF, upon all counsel of record:

> By: /s/ Gia N. Marina
> Gia N. Marina
> Nevada Bar No. 15276
> 1700 South Pavilion Center Drive, Suite 500
> Las Vegas, Nevada  89135
> Telephone:  (702) 862-8300
> Facsimile:  (702) 778-9709
> Email: gmarina@clarkhill.com