George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Letitia Hall*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Letitia Hall,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC;<br>Experian Information Solutions, Inc.;<br>National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.<br>and Allied Collection Services, Inc.,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00031-JAD-DJA<br><br>**Stipulation and order for dismissal of Equifax Information Services LLC with prejudice.**<br><br><br>ECF No. 34 |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Letitia Hall and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///

_____

STIPULATION　　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 14, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Letitia Hall*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

### ORDER

Based on the stipulation [ECF No. 34] between plaintiff and Equifax Information Services LLC, and with good cause appearing, IT IS HEREBY ORDERED that the claims against Equifax Information Services LLC, are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
August 15, 2024