George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Letitia Hall*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Letitia Hall,<br><br>                    Plaintiff,<br>       v.<br><br>Equifax Information Services LLC;<br>Experian Information Solutions, Inc.;<br>National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.<br>and Allied Collection Services, Inc.,<br><br>                    Defendants. | Case No.: 2:24-cv-00031 -JAD-DJA<br><br>**Stipulation and Order for Dismissal of Claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Letitia Hall and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

///
///
///
///

_____

STIPULATION                              - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 30, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Letitia Hall*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

ORDER

Based on the parties' stipulation **[ECF No. 37]** and good cause appearing, IT IS HEREBY ORDERED that **all claims against Defendant National Consumer Telecom & Utilities Exchange, Inc. are DISMISSED** with prejudice, each side to bear its own fees and costs. IT IS FURTHER ORDERED that **plaintiff has until February 28, 2025, to seek default against, or otherwise bring finality to her claims against remaining defendant Clarity Services, Inc.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 31, 2025